# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iryna Samborskaya,<br><br>            Plaintiff,<br><br>v.<br><br>Chris Howard, et al.,<br><br>            Defendants. | No. CV-26-00716-PHX-DJH (DMF)<br><br><br>**ORDER** |

This matter is before the Court on Petitioner's "Notice of Respondent's Non-Opposition to Petition for Writ of Habeas Corpus and Requesr [sic] for Granting Petition for Habeas Corpus" (Doc. 5).

By way of pertinent background, Petitioner Iryna Samborskaya ("Petitioner" and/or "Samborskaya") through counsel initiated these proceedings by filing a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") raising four grounds for relief (Doc. 1). The Petition names Chris Howard, Warden of the Eloy Detention Center, and the Eloy Detention Center as Respondents (*Id.* at 1). On February 12, 2026, the Court screened the Petition; dismissed Grounds Two, Three, and Four; ordered Petitioner's counsel to serve the Petition; and ordered Respondents to answer the remaining claim in the Petition within twenty (20) days of service (Doc. 3).

A February 25, 2026, filing by Petitioner's counsel reflects that on February 17, 2026, counsel mailed a copy of the Petition and corresponding civil cover sheet via USPS certified mail to Chris Howard at the Eloy Federal Detention Facility (CoreCivic), 1705 E

Hanna Rd, Eloy, AZ 85131, and that on February 24, 2026 counsel received a return receipt reflecting receipt signature for the mailing on February 19, 2026 (Doc. 4).

On April 8, 2026, counsel for Petitioner filed the "Notice of Respondent's Non-Opposition to Petition for Writ of Habeas Corpus and Requesr [sic] for Granting Petition for Habeas Corpus" (Doc. 5). In the filing, counsel asserts that counsel for Petitioner executed service upon Respondents on February 19, 2026, resulting in Respondents' answer having been due on or before March 11, 2026 (Doc. 5 at 2). Petitioner reasons that in light of Respondents' failure to timely file an answer to the Petition after service of Respondents, the Court should grant the Petition (*Id.* at 2, 16).

Upon review of the Court's docket, Petitioner has not yet complied with Rule 4 of the Federal Rules of Civil Procedure to effectuate service upon Respondents as ordered by the Court in February 2026. Rule 4(i)(2) of the Federal Rules of Civil Procedure provides:

> To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(2). Additionally, Rule 4(i)(1) of the Federal Rules of Civil Procedure provides:

> **(1)** *United States.* To serve the United States, a party must:
>
> > **(A)(i)** deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or
> >
> > **(ii)** send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> **(B)** send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> **(C)** if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified

mail to the agency or officer. Fed. R. Civ. P. 4(i)(1). Neither the filing on February 25, 2026 (Doc. 4) nor any other filing on the Court's docket reflects that Petitioner has complied with Rule 4(i)(1) of the Federal Rules of Civil Procedure; there is no filing reflecting that the United States was served.

Accordingly,

**IT IS HEREBY ORDERED** denying without prejudice Petitioner's "Notice of Respondent's Non-Opposition to Petition for Writ of Habeas Corpus and Requesr [sic] for Granting Petition for Habeas Corpus" (Doc. 5).

Dated this 9th day of April, 2026.

_____
Honorable Deborah M. Fine
United States Magistrate Judge