# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Iryna Samborskaya,

       Petitioner,

v.

Chris Howard, et al.,

       Respondents.

No.   CV-26-00716-PHX-DJH

**ORDER**

On February 4, 2026, Petitioner filed this action challenging her immigration detention.[1] On July 23, 2026, Respondent filed a Notice that Petitioner will be removed in August, 2026. (Doc. 10). On July 29, 2026, she filed a Motion for Temporary Restraining Order (Doc. 11) seeking to enjoin Respondents from removing her to a third country without providing her constitutionally adequate notice and a meaningful opportunity to be heard in compliance with the Immigration and Nationality Act, the Convention Against Torture, and the Due Process Clause. Therein, Petitioner states that she was transported from the Eloy Detention Center to the airport but does not indicate what occurred thereafter. (*Id*. ¶ 13). The Court will grant the Motion to the extent that Respondents will be enjoined from removing Petitioner pending further order of the Court and will direct Respondents to respond to the balance of Petitioner's Motion.

. . . .

. . . .

---

[1] The underlying Petition has not yet been adjudicated.

**IT IS ORDERED:**

(1)    Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 11) is **granted** to the extent Respondents are enjoined from removing Petitioner Iryna Samborskaya pending further order of the Court.  No bond is required.

(2)    Respondents must file a Response to the balance of Petitioner's Motion for Temporary Restraining Order (Doc. 11) no later than **9:00 a.m. on Friday, July 31, 2026**. Petitioner may file a Reply no later than **5:00 p.m. on Friday, July 31, 2026**.

Dated this 30th day of July, 2026.

Honorable Diane J. Humetewa
United States District Judge